OPINION — AG — **** INDEPENDENT SCHOOL DISTRICT — NOT OWNER OF SCHOOL DISTRICT PROPERTY — ANNEXATION **** AN INDEPENDENT SCHOOL DISTRICT IS NOT AN "OWNER" OF SCHOOL DISTRICT PROPERTY WITHIN THE MEANING OF 11 O.S. 1969 Supp., 482 [11-482], FOR PURPOSES OF SIGNING A PETITION FOR ANNEXATION OF SCHOOL DISTRICT TERRITORY INTO A NEIGHBORING MUNICIPALITY. (DONALD E. HERROLD) ** OVERRULED BY OPINION NO. 94-015 (1994) **